UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JOSEPH SAVINO,

                Plaintiff,

    - against -

LUXURY CARS OF SOUTHAMPTON, INC.
d/b/a LEXUS OF SOUTHAMPTON and
DINA BURNS,

                Defendants.
-------------------------------------------------------------x

Civil Action No. 20-CV-04152

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the Plaintiff, JOSEPH SAVINO and counsel for Defendants, LUXURY CARS OF SMITHTOWN, INC. D/B/A LEXUS OF SOUTHAMPTON (incorrectly sued as "Luxury Cars of Southampton, Inc."), and DINA BURNS, that the Complaint is hereby withdrawn in its entirety and the action and all claims asserted therein are hereby voluntarily dismissed with prejudice. All parties shall bear their own costs and fees.

Dated: July 30, 2021

| ZABELL & COLLOTTA P.C. | BOND, SCHOENECK & KING PLLC |
|---|---|
| By: _____ | By: _____ |
| Ryan Eden, Esq. | James E. McGrath, III, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| One Corporate Drive, Suite 103 | 600 Third Avenue, 22nd Floor |
| Bohemia, New York 11716 | New York, New York 10016 |
| Telephone: 631-589-7242 | Telephone: (646) 253-2319 |
| Email: reden@Laborlawsny.com | Email: jmcgrath@bsk.com |

SO ORDERED:

_____